# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD D. PARKELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-157 (LPS) |
| | ) | |
| DAVID PIERCE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND CERTAIN CASE DEADLINES

IT IS HEREBY STIPULATED AND AGREED by all parties, through their undersigned counsel and subject to approval of the Court, that the following deadlines set forth in the Court's December 4, 2017 Order shall be extended due to unforeseen changes to the schedule of Defendants' counsel, including two trials in February:

1. Plaintiff shall file his Response to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint on or before February 6, 2018; and

2. Defendants shall file the Reply Brief on or before March 13, 2018.

| | |
|---|---|
| **SEITZ, VAN OGTROP & GREEN, P.A.** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| */s/ James S. Green, Sr.* | */s/ Adria B. Martinelli* |
| James S. Green, Sr. (#0481) | Joseph C. Handlon (#3952) |
| Jared T. Green (#5179) | Adria B. Martinelli (#4056) |
| 222 Delaware Avenue | Deputy Attorneys General |
| Suite 1500 | Carvel State Office Building |
| P. O. Box 68 | 820 N. French Street, 6th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 888-0600 | (302) 577-8400 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: January 22, 2018

SO ORDERED this _____ day of _____, 2018.

_____
THE HONORABLE LEONARD P. STARK