# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD PARKELL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civ. No. 17-157-LPS |
| | ) |
| WARDEN DAVID PIERCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION

IT IS HEREBY stipulated by and between the parties through counsel subject to the approval of the Court as follows:

1. Plaintiff's Fourth (and Final) Amended Complaint shall be served and filed on or before July 27, 2018;

2. Plaintiff's Response to Defendants' Motion for Reargument shall be filed on or before August 3, 2018;

3. Defendants shall not be required to respond to Plaintiff's Motion to Certify Class until such time as agreed by the parties and/or ordered by the Court.

DATED: July 18, 2018

| | |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | STATE OF DELAWARE |
| /s/ James S. Green, Sr. | /s/ Joseph C. Handlon |
| JAMES S. GREEN, SR. (DE0481) | JOSEPH C. HANDLON (DE3952) |
| JARED T. GREEN (DE5179) | Deputy Attorney General |
| 222 Delaware Ave., Suite 1500 | Department of Justice |
| Wilmington, DE 19801 | 820 N. French Street, 6th Floor |
| (302) 888-0600 | Wilmington, DE 19801 |
| Attorneys for Plaintiffs | (302) 577-8400 |
| | Attorneys for State Defendants |

20340

SO ORDERED this _____ day of July 2018.

_____
Honorable Leonard P. Stark
United States District Court

20340